UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-2834-GW-SSCx | Date | May 14, 2026 |
|---|---|---|---|
| Title | *Elegant Outdoor Furniture, LLC, et al. v. Vego Innovations, Inc., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                            None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 13, 2026, Plaintiff Elegant Outdoor Furniture, LLC filed a Notice of Settlement [90]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed by June 1, 2026. The Court sets an order to show re: settlement hearing for June 4, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss (and proposed order) is filed by June 1, 2026.

:

Initials of Preparer    JG