JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Elegant Outdoor Furniture, LLC, an Arizona Domestic Limited Liability Company d/b/a Olle Gardens;

        Plaintiff/Counter-Defendant,

  v.

Vego Innovations, Inc., a Delaware Corporation

        Defendant/Counter-Plaintiff.

AND RELATED COUNTERCLAIMS

CASE NO.:  CV 25-2834-GW-SSCx

*Hon. George H. Wu*

**ORDER APPROVING JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE**

-1-
[PROPOSED] ORDER APPROVING JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE

Having considered the parties' Notice of Settlement and Joint Stipulation to Dismiss This Case With Prejudice, and GOOD CAUSE appearing therefor, **IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**. The entire above-captioned action is hereby DISMISSED *with prejudice*, and each party shall bear its own attorneys' fees and costs incurred in this action.

**IT IS HEREBY FURTHER ORDERED** that the Court shall retain jurisdiction over the Parties Settlement Agreement to enforce said agreement.

**IT IS SO ORDERED.**

Dated: May 29, 2026

_____
HON. GEORGE H. WU,
United States District Judge

-2-
[PROPOSED] ORDER APPROVING JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE